922

No. 91–8433. GOSCH v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–8516. GOSS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–8742. JAMES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–8768. FULLER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–844. OWENS-CORNING FIBERGLAS CORP. v. ADAMS; OWENS-CORNING FIBERGLAS CORP. v. BURTON; OWENS-CORNING FIBERGLAS CORP. v. CAMPBELL; OWENS-CORNING FIBERGLAS CORP. v. CARR; OWENS-CORNING FIBERGLAS CORP. v. CHAPMAN; OWENS-CORNING FIBERGLAS CORP. v. DALTON; OWENS-CORNING FIBERGLAS CORP. v. DARRAH; OWENS-CORNING FIBERGLAS CORP. v. DUNN; OWENS-CORNING FIBERGLAS CORP. v. ENGLAND; OWENS-CORNING FIBERGLAS CORP. v. GABBERT; OWENS-CORNING FIBERGLAS CORP. v. HOSCHAR; OWENS-CORNING FIBERGLAS CORP. v. JOHNSON; OWENS-CORNING FIBERGLAS CORP. v. KIRK; OWENS-CORNING FIBERGLAS CORP. v. KITTLE; OWENS-CORNING FIBERGLAS CORP. v. LIPSCOMB; OWENS-CORNING FIBERGLAS CORP. v. LOTT; OWENS-CORNING FIBERGLAS CORP. v. MEHALIC; OWENS-CORNING FIBERGLAS CORP. v. ROOT; OWENS-CORNING FIBERGLAS CORP. v. ROWE; OWENS-CORNING FIBERGLAS CORP. v. SEBERNA; OWENS-CORNING FIBERGLAS CORP. v. SHILOT; OWENS-CORNING FIBERGLAS CORP. v. BARNES; OWENS-CORNING FIBERGLAS CORP. v. CAMPBELL; OWENS-CORNING FIBERGLAS CORP. v. FITZSIMMONS; OWENS-CORNING FIBERGLAS CORP. v. FRAZIER; OWENS-CORNING FIBERGLAS CORP. v. HARRAH; OWENS-CORNING FIBERGLAS CORP. v. HEABERLIN; OWENS-CORNING FIBERGLAS CORP. v. HUNT; OWENS-CORNING FIBERGLAS CORP. v. MANO; OWENS-CORNING FIBERGLAS CORP. v. McCORMICK; OWENS-CORNING FIBERGLAS CORP. v. MOORE; OWENS-CORNING FIBERGLAS CORP. v. NEIDERT; OWENS-CORNING FIBERGLAS CORP. v. SCOTKA; OWENS-CORNING FIBERGLAS CORP. v. SISLER; OWENS-CORNING FIBERGLAS CORP. v. THORNE; and OWENS-CORNING FIBERGLAS CORP. v. TIMBERLAKE. Cir. Ct. Monongalia County, W. Va. Certiorari denied.